MATTHIAS A. KAMBER (CA 232147)
matthiaskamber@paulhastings.com
PAUL HASTINGS LLP
101 California Street
Forty-Eighth Floor
San Francisco, CA 94111
Telephone: 1(415) 856-7000
Facsimile: 1(415) 856-7100

ELIZABETH L. BRANN (CA 222873)
elizabethbrann@paulhastings.com
PAUL HASTINGS LLP
4655 Executive Drive, Suite 350
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

*Additional counsel listed on signature page*

Attorneys for Defendant Google LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Power Density Solutions, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 3:24-cv-2122-RBM-VET<br><br>**DEFENDANT GOOGLE LLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>DEMAND FOR JURY TRIAL |

Pursuant to Civil Local Rule 40.2 and Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies that Defendant Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company, and no publicly held company owns 10% or more of Alphabet Inc.'s stock.

DATED: December 11, 2024

Respectfully submitted,

PAUL HASTINGS LLP

By: /s/ Matthias A. Kamber
MATTHIAS A. KAMBER

Matthias A. Kamber (CA 232147)
matthiaskamber@paulhastings.com
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Elizabeth L. Brann (CA 222873)
elizabethbrann@paulhastings.com
Ariell N. Bratton (CA 317587)
ariellbratton@paulhastings.com
Sasha Vujcic (CA 332766)
sashavujcic@paulhastings.com
4655 Executive Drive, Suite 350
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Robert W. Unikel (IL 6216974)
(*pro hac vice pending*)
robertunikel@paulhastings.com
71 S. Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Robert R. Laurenzi (NY 3024676)
(*pro hac vice pending*)
robertlaurenzi@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Attorneys for Defendant GOOGLE LLC